IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| KAREN KAYE KING-JOHNSON | § § § | |
| **Plaintiff**, | § § | Civil Action No.6:14-cv-06084-RTD |
| VS. | § § | |
| PROFESSIONAL CREDIT MANAGEMENT, INC. | § § § | |
| **Defendant**. | § | |

**MOTION TO DISMISS CASE WITH PREJUDICE**

COMES NOW, Plaintiff, Karen Kaye King-Johnson ("Mrs. Johnson" or "Plaintiff"), by and through undersigned counsel, and for her Motion to Dismiss with Prejudice, states as follows:

1. Plaintiff filed her verified Complaint in The Circuit Court of Garland County, Arkansas, alleging various claims for relief including claims alleging violations of the Arkansas and Federal Fair Debt Collection Practices Acts, 15 USC § 1692 *et seq.* and § ACA § 17-24-501 *et seq.*, ("the FDCPA" and "the AR-FDCPA" respectively), the Arkansas Deceptive Trade Practices Act, ACA § 4-88-101 (ADTPA) and the Telephone Communications Protection Act 47 USC 227 ("the TCPA") on June 12, 2014.

2. Defendant, Professional Credit Management, Inc., received service by USPS, on June 18, 2014; and two days later, it dated a certificate of service for its answer on or about June 20, 2014, and filed said answer of record in Garland County Circuit Court on June 23, 2014.

3. On or about July 16, 2014, Defendant removed this action to the United States District Court for the Western District of Arkansas under the theory that the case contained a federal question.

1

4. Since removal of the case, the parties have reached a settlement and have executed and completed its terms.

5. As such, Plaintiff moves this Court for the entry of an Order dismissing this case with prejudice.

WHEREFORE, Plaintiff prays that this Court enter and Order dismissing this case with prejudice and for all other relief that the Court deems just and proper.

> Respectfully submitted,
> Karen Johnson,
> Plaintiff
>
> /s/ Joel G. Hargis
> Joel G. Hargis, esq. (Bar # 2004-007)
> Joel G. Hargis, PA
> Attorney for the Plaintiff
> 533 W. Washington
> Jonesboro, AR.  72401
> (870) 972-1127 Phone
> (870) 972-1787 Fax
> joel@crawleydeloache.com
>
> /s/ Annabelle Lee Patterson
> Annabelle Patterson, ABN 85204
> Annabelle Lee Patterson, PLC
> 646 Quapaw Ave.
> Hot Springs, AR. 71901
> (501) 701-0027 Phone
> (972) 559-3956 Fax
> ab@apattersonlaw.com
>
> BY:  /s/ Joel G. Hargis
> Joel G. Hargis

### CERTIFICATE OF SERVICE

I, Annabelle Lee Patterson, the undersigned attorney, do hereby certify that I have served a copy of the foregoing motion upon the defendant, Professional Credit Management, Inc. by use of the Court's ECF system and by e-mail to its attorney, R. Bryant Marshall, on this the 19th day of December, 2014.

> /s/ Joel G. Hargis
> Joel G. Hargis